OPINION — AG — THE COUNTY ASSESSOR INVOLVED HERE, BY REASON OF HIS DEATH, WILL NOT RETURN TO PUBLIC SERVICE, AND HENCE THE PUBLIC CANNOT IN ANY WAY BE BENEFITED BY PAYING TO HIS ESTATE THE AMOUNT OF VACATION PAY HE MIGHT HAVE RECEIVED UNDER SAID ESTABLISHED PRACTICE FOR A VACATION WHICH HE COULD HAVE TAKEN BUT DID NOT TAKE. CITE: OPINION NO. AUGUST 11, 1954 — LACKEY (JAMES FUSON)